| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

ALAN ADAMS, §
§
      Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:11-CV-376
§
MICHAEL J. ASTRUE, §
Commissioner of Social Security §
Administration, §
§
      Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. Pursuant to such order, the Court has received and considered the Report of the United States Magistrate Judge regarding the Plaintiff's application for attorney's fees, along with the Plaintiff's brief and exhibits.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**. An order granting the Plaintiff's application for attorney's fees will be entered separately.

SIGNED at Beaumont, Texas, this 7th day of September, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE